STATE OF CONNECTICUT *v.* RONELL HANKS

STATE OF CONNECTICUT *v.* JOSE ROQUE

The defendants' petition for certification for appeal from the Appellate Court, 39 Conn. App. 333 (AC 13430/13636), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 27, 1995

STATE OF CONNECTICUT *v.* JOHN LACCONE

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 21 (AC 12667), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that trial court's exclusion of Mosman's letter was proper?

"2. If the answer to the first question is no, was the trial court's error harmless?"

The Supreme Court docket number is SC 15257.

*Neal Cone,* assistant public defender, in support of the petition.

Decided May 1, 1995

BELLA VISTA CONDOMINIUM ASSOCIATION, INC. *v.* BENJAMIN GYADU

The defendant's petition for certification for appeal from the Appellate Court (AC 15022) is denied.

*Benjamin Gyadu,* pro se, in support of the petition.

Decided November 6, 1995